Taylor Reeves, Esq. (Bar No. 15987)
Jeremy Moseley, Esq. (admission pending)
SPENCER FANE LLP
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 408-3401
Email: treeves@spencerfane.com
jmoseley@spencerfane.com

*Attorneys for Defendants TypTap Insurance Company, Griston Claims Services, Inc., and Jason Mercer*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **ALEXANDER NEIMAN**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**TYPTAP INSURANCE COMPANY, a foreign corporation; GRISTON CLAIMS SERVICES, INC., a foreign corporation; JASON MERCER, a Nevada individual**; DOES 1 through XXX; ABC CORPORATIONS A-Z; inclusive,<br><br>Defendants. | Case No. 2:26-cv-03871-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

The Parties, by and through their respective counsel of record, stipulate and agree that there is good cause to extend the deadline for Defendants to file a response to Plaintiff's complaint, as a professional courtesy, as set forth below.

1. Defendants' current deadline to answer or otherwise respond to Plaintiff's Complaint is November 25, 2026.

2. Pursuant to LR IA 6-1, the Parties stipulate that Defendant's deadline to answer or otherwise respond to the Complaint will be extended by seven days, from November 25, 2026 to December 2, 2026.

3. Undersigned counsel for Defendants was recently retained and requires additional time to investigate the factual allegations and evaluate potential defenses.

4. This is the first stipulation requesting an extension of time for Defendants to answer or otherwise respond to the Complaint.

5. This stipulation is made in good faith and not for purposes of delay.

IT IS SO STIPULATED

Dated November 25, 2026:

**LEVERTY & ASSOCIATES LAW CHTD.**

By: */s/ Patrick R. Leverty*
Patrick R. Leverty, Esq.,
NV Bar No. 8840
3100 W Charleston Blvd., Suite 200
Las Vegas, Nevada 89102

*Attorneys for Plaintiff*

**SPENCER FANE LLP**

By: */s/ Taylor Reeves*
Taylor Reeves, Esq.
NV Bar No. 15987
Jeremy Moseley, Esq.
(admission pending)
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101

*Attorneys for Defendants TypTap Insurance Company, Griston Claims Services, Inc., and Jason Mercer*

**ORDER**

IT IS HEREBY ORDERED.

DATED this 25th day of November 2026.

UNITED STATES MAGISTRATE JUDGE